AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>1. MICHAEL SANG CORREA,<br>a/k/a MICHAEL CORREA, a/k/a SANG CORREA,<br>a/k/a MICHAEL COREA, a/k/a MICHAEL SANG<br>COREA, a/k/a SANG COREA,<br>*Defendant* | Case No. 20-cr-148 CMA |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL SANG CORREA, a/k/a MICHAEL CORREA, a/k/a SANG CORREA, a/k/a MICHAEL, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 2340A(c), Conspiracy to Commit Torture
Title 18 U.S.C. §§ 2340 and 2340A; and 2, Torture and Aiding and Abetting the Same

Date: 06/02/2020

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*