IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

## JOINT SCHEDULING PROPOSAL

At the Court's request, the parties have conferred regarding a proposed motion schedule in the above-captioned case. However, as we have not come to an agreement, the positions of the parties are set forth below. On September 23, 2022, the Government filed a motion regarding discoverable classified information in this case, and the Government awaits the issuance of an order from the Court to complete its discovery obligations.

The Government suggests that upon the issuance of such an order, the deadline for the filing of the Defendant's motions be 90 days thereafter. Additional time could be requested by either party if, for example, the Court's order requires additional steps by the Government before completing its discovery disclosures or the discovery produced requires additional investigation by the defense to complete his motions. The

Government further suggests a deadline for the response by the Government be 60 days after the deadline for the defendant's motions.

The defendant suggests that a motion schedule not be set until all discovery has been produced and the defendant has an opportunity to determine how long he will need to file any motions.

The parties have further discussed that a motion schedule would extend this case beyond the current expiration of the speedy trial clock. The parties will continue to confer regarding speedy trial calculations and expect to file additional motion(s) as needed to seek additional exclusions from the Court.

Respectfully submitted,

COLE FINEGAN
United States Attorney

s/ Melissa Hindman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Melissa.Hindman@usdoj.gov
Attorney for the Government

s/ Matthew Kirsch
First Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Matthew.Kirsch@usdoj.gov

KENNETH A. POLITE, JR.
Assistant Attorney General

By: s/Christina Giffin
Christina Giffin
District of Columbia Bar No. 476229

Senior Counsel
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 300
Washington, D.C. 20530
Telephone: (202) 514-5792
Facsimile: (202) 305-4624
Email: Christina.Giffin@usdoj.gov

By: *s/Marie Zisa*
Marie Zisa
New York Bar No. 5663265
Trial Attorney
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 300
Washington, D.C. 20530
Telephone: (202) 305-3731
Facsimile: (202) 305-4624
Email: Marie.Zisa@usdoj.gov


VIRGINIA L. GRADY
Federal Public Defender

By: *s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew.Belcher@fd.org
Attorney for Defendant