IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS THE INDICTMENT BASED ON
THE CONSTITUTIONALITY OF THE TORTURE ACT [ECF 99]**

---

    The defendant files his motion to dismiss the Indictment based on the argument that the Torture Act was an unconstitutional exercise by Congress under the Necessary and Proper Clause "for preservation purposes only," acknowledging that the relief he requests has been foreclosed by binding precedent. See *Missouri v. Holland*, 252 U.S. 416, 432 (1920). Because his motion is foreclosed by that binding precedent, this Court should deny the defendant's motion.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    *s/ Melissa Hindman*
    Assistant U.S. Attorney
    U.S. Attorney's Office

1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Melissa.Hindman@usdoj.gov
Attorney for the Government

*s/ Matthew Kirsch*
First Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Matthew.Kirsch@usdoj.gov

NICOLE M. ARGENTIERI
Acting Assistant Attorney General

*s/Marie S. Zisa*
Marie S. Zisa
New York Bar No. 5663265
Trial Attorney
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, 12th Floor
Washington, D.C. 20530
Telephone: (202) 305-3731
Facsimile: (202) 305-4624
Email: Marie.Zisa@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

                                      *s/ Melissa Hindman*
                                      Assistant U.S. Attorney
                                      U.S. Attorney's Office
                                      1801 California St., Ste. 1600
                                      Denver, CO 80202
                                      Telephone: 303-454-0100
                                      Fax: 303-454-0401
                                      E-mail:  Melissa.Hindman@usdoj.gov
                                      Attorney for the Government